IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JACKSON KITCHENS, | 1:06-CV-00541-AWI-WMW-HC |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| THOMAS VOSS, Director, | (DOCUMENT #2) |
| Respondent. / | |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 5, 2006, petitioner filed an application to proceed in forma pauperis. Petitioner avers that he is a civil detainee in the custody of the Department of Mental Health at Coalinga State Hospital, and is not a convicted prisoner in the custody of the Department of Corrections and Rehabilitation. Accordingly, pursuant to Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 1999), petitioner is not required to pay the filing fee in full as set forth in 28 U.S.C. § 1915(b). See 28 U.S.C. § 1915. Examination of these documents reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

**Dated:   June 6, 2006**            **/s/  William M. Wunderlich**
bl0dc4                    UNITED STATES MAGISTRATE JUDGE