UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JACKSON KITCHENS, | 1: 06 CV 00541  WMW HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR CORRECTION |
| v. | [Doc. 6] |
| THOMAS VOSS, | |
| Respondent. | |

Petitioner is a pretrial detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to Title 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

Petitioner has filed a motion to correct this action to reflect that it proceeds pursuant to 28 U.S.C. Section 2241 rather than 28 U.S.C. Section 2254. Respondent filed a response, stating that he does not oppose this motion.  Respondent notes that Petitioner is currently in the custody of the California Department of Mental Health as a result of a finding of probable cause pursuant to California Welfare and Institutions Code Section 6602 by the Fresno County Superior Court. Respondent states that proceedings to commit Petitioner as a sexually violent predator remaining pending in that court.  Thus, Respondent explains, Petitioner's petition properly falls under Section

1  2241 rather than Section 2254.  The court agrees.  See McNeeley v. Blanas, 336 F.3d 824 n.1 (9th

2  Cir. 2003)(claims of pretrial detainees fall under Section 2241).

3       Good cause appearing, Petitioner's request is HEREBY GRANTED.  The Clerk of the Court

4  is HEREBY DIRECTED to correct the docket of this case to reflect that it proceeds pursuant to 28

5  U.S.C. Section 2241.

8  IT IS SO ORDERED.

9  **Dated:   January 17, 2008**             **/s/  William M. Wunderlich**
                                                                 UNITED STATES MAGISTRATE JUDGE